# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID L. WILLIAMS

NO. 2024 KW 0312

**JULY 1, 2024**

---

In Re:     David L. Williams, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           06-13-0241.

---

**BEFORE:   THERIOT, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The district court judge currently presiding over Section 8 is ordered to act on relator's application for postconviction relief, filed on or about February 8, 2021, on or before August 1, 2024. A copy of the district court's action shall be filed in this court on or before August 8, 2024.

**MRT**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT